# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: culy | Date Created: 10/10/2019 |
| Case: 19−23751−JAD | Form ID: pdf900 | Total: 17 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Brian C. Thompson | bthompson@ThompsonAttorney.com |
| aty | Kevin Scott Frankel | pabk@logs.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Thomas J. Donegan | 719 Moffatt Road | New Castle, PA 16101 |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| cr | Nationstar Mortgage LLC d/b/a Mr. Cooper | 8950 Cypress Waters Boulevard | Coppell, TX 75019 |
| 15128746 | 1st National Bank | 4140 E State Street | Hermitage, PA 16148 |
| 15128747 | Best Buy/CBNA | PO Box 6497 | Sioux Falls, SD 57117 |
| 15128748 | Capital One | PO Box 30281 | Salt Lake City, UT 84130 |
| 15128749 | Dept of Ed/Nelnet | PO Box 82561 | Lincoln, NE 68501 |
| 15128750 | Lauren L. Schuler, Esquire | Hladik, Onorato, & Federman, LLP | 298 Wissahickon Avenue    North Wales, PA 19454 |
| 15128751 | Nationstar Mortgage | Attn: Bankruptcy Department    PO Box 630267 | Irving, TX 75063 |
| 15128752 | Partners for Payment Relief, LLC | 920 Cassatt Road | Berwyn, PA 19312 |
| 15128753 | SYNCB/Lowes | PO Box 965005 | Orlando, FL 32896 |
| 15130687 | Synchrony Bank | c/o of PRA Receivables Management, LLC    PO Box 41021 | Norfolk, VA 23541 |
| 15128754 | Wells Fargo Dealer Svc | Po Box 1697 | Winterville, NC 28590 |

TOTAL: 13