## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Thomas J. Donegan, | : | Bankruptcy No.: 19-23751-JAD |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thomas J. Donegan, | : | Document No.: |
| Movant, | : | Related to Document No.: 12, 44 and 81 |
| v. | : | Related to Claim No.: 3 |
| Ronda J Winnecour, | : | |
| Chapter 13 Trustee | : | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☐ a plan modification sought by: _____

- ☐ a motion to lift stay
  as to creditor _____

- ☒ Other:    Notice of Mortgage Payment Change filed by J.P. Morgan Mortgage Acquisition Corp. at claim number 3.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

☒ Chapter 13 Plan dated October 9, 2019
☐ Amended Chapter 13 Plan

is modified as follows:

-1-

☒ Debtor(s) Plan payments shall be changed from **$ 1,875.00** to **$1,995.00** per month, effective <u>February 1, 2024;</u>    .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:  <u>This order incorporates and implements all Notice of Payment changes filed to date at claim number 3.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this __18th__ day of ___January___, 2024

-2-

Dated: _____1/18/2024_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

FILED
1/18/24 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-23751-JAD

Thomas J. Donegan  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Jan 18, 2024  Form ID: pdf900  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J. Donegan, 719 Moffatt Road, New Castle, PA 16101-2743 |
| cr | + | Partners for Payment Relief DE II LLC, c/o Dwaldmanlaw, PC, 4900 Carlisle Pike, # 182, Mechanicsburg, PA 17050-7709 |
| 15128750 | + | Lauren L. Schuler, Esquire, Hladik, Onorato, & Federman, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 15280493 | | Partners for Payment Relief DE II, LLC, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15128752 | + | Partners for Payment Relief, LLC, 920 Cassatt Road, Berwyn, PA 19312-1178 |
| 15148313 | + | Patners for Payment Relief DE II, LLC, c/o Dwaldmanlaw PC, 4900 Carlisle Pike, Ste. 182, Mechanicsburg, PA 17050-7709 |
| 15130687 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 19 2024 00:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2024 00:22:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15128746 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 19 2024 00:14:00 | 1st National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15128747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2024 00:22:51 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15128748 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2024 00:22:45 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15165951 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2024 00:22:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15128749 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 19 2024 00:15:00 | Dept of Ed/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 15142375 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 19 2024 00:14:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15464195 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 19 2024 00:14:00 | J.P. Morgan Mortgage Acquisition, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15662160 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 19 2024 00:14:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15166164 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 19 2024 00:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15128751 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 19 2024 00:14:00 | Nationstar Mortgage, Attn: Bankruptcy Department, PO Box 630267, Irving, TX 75063 |
| 15145875 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 18, 2024 | Form ID: pdf900 | Total Noticed: 25 |

| | | Jan 19 2024 00:14:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
|---|---|---|---|
| 15318982 | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | Jan 19 2024 00:15:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15128753 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 19 2024 00:36:20 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15139876 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jan 19 2024 00:15:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 15156823 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 19 2024 00:22:44 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 15128754 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 19 2024 00:22:43 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
　　on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bnicholas@kmllawgroup.com

Brian C. Thompson
　　on behalf of Plaintiff Thomas J. Donegan bthompson@ThompsonAttorney.com
　　blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
　　on behalf of Debtor Thomas J. Donegan bthompson@ThompsonAttorney.com
　　blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Christopher A. DeNardo
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Jennie Shnayder

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 18, 2024 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Defendant Partners For Payment Relief DE II  LLC jennie@dwaldmanlaw.com

Jennie Shnayder

on behalf of Creditor Partners for Payment Relief DE II LLC jennie@dwaldmanlaw.com

Karina Velter

on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. karina.velter@powerskirn.com  Kaitlyn.Pemper@powerskirn.com

Kevin Scott Frankel

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery

on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. ckohn@hoflawgroup.com

TOTAL: 11